UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:06 CV 01058

| | |
|---|---|
| THE BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA on behalf of THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL and XINTEK, INC., | * * * * * * |
| Plaintiffs, | * * |
| v. | * * |
| BURNS, DOANE, SWECKER & MATHIS LLP; BUCHANAN INGERSOLL LLP; BUCHANAN INGERSOLL & ROONEY LLP; BUCHANAN INGERSOLL PC; BUCHANAN INGERSOLL & ROONEY PC; SCOTT W. CUMMINGS; and, RONALD L. GRUDZIECKI, | * * * * * * * |
| Defendants. | * |

**CONSENT RECOMMENDATION OF UNITED STATES MAGISTRATE**

This matter is before this Court on Plaintiffs' Motion to Remand and to Award Costs. Having reviewed and considered the parties' briefing and arguments, and having been notified that the parties have reached agreement to resolve the issues presented in the pending motion, it is recommended as follows:

WHEREAS, the parties have agreed to remand this case to the General Court of Justice, Superior Court Division, Orange County, North Carolina for further proceedings, and Defendants have voluntarily withdrawn their Notice of Removal; and

WHEREAS, Plaintiffs have agreed to withdraw their request to be awarded costs and attorneys' fees in connection with the removal of this case to federal court; and

WHEREAS, the parties have advised that there is no objection to this Recommendation, as reflected by the signatures of counsel for all parties below, indicating their assent to the prompt adoption of this Recommendation by the Court:

IT IS THEREFORE RECOMMENDED that this case be remanded to the General Court of Justice, Superior Court Division, Orange County, North Carolina for further proceedings, no costs or attorneys' fees to be awarded; and

IT IS FURTHER RECOMMENDED that a certified copy of this Court's Order adopting this Consent Recommendation be promptly filed with the Clerk of Court for the General Court of Justice, Superior Court Division, Orange County, North Carolina.

This the 27th day of February, 2007.

/s/ Russell A. Eliason
RUSSELL A. ELIASON
United States Magistrate Judge

**CONSENTED TO:**

**COUNSEL FOR THE BOARD OF GOVERNORS
OF THE UNIVERSITY OF NORTH CAROLINA
ON BEHALF OF UNC-CH**

/s/ Thomas J. Ziko
John W. Mann, Esquire
Assistant Attorney General
Thomas J. Ziko, Esquire
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602

**COUNSEL FOR XINTEK, INC.**

/s/ Edwin Speas
Edwin Speas, Esquire
Eric Stevens, Esquire
Poyner & Spruill, LLP
3600 Glenwood Avenue
Raleigh, North Carolina 27612

E. Fitzgerald Parnell III, Esquire
Poyner & Spruill, LLP
301 South College St., Suite 2300
Charlotte, NC 28202

**COUNSEL FOR DEFENDANTS**

/s/ James K. Dorsett, III
James K. Dorsett, III
Robert J. Morris
K. Alan Parry
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan, L.L.P.
2500 Wachovia Capitol Center
P.O. Box 2611
Raleigh, NC 27602-2611

Pamela A. Bresnahan
Elizabeth Treubert Simon
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W., Suite 1111
Washington, D.C. 20036