IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE BOARD OF GOVERNORS OF ) <br> THE UNIVERSITY OF NORTH ) <br> CAROLINA on behalf of THE ) <br> UNIVERSITY OF NORTH CAROLINA ) <br> AT CHAPEL HILL and XINTEK, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BURNS, DOANE, SWECKER & MATHIS ) <br> LLP; BUCHANAN INGERSOLL LLP; ) <br> BUCHANAN INGERSOLL & ROONEY LLP; ) <br> BUCHANAN INGERSOLL PC; ) <br> BUCHANAN INGERSOLL & ROONEY PC; ) <br> SCOTT W. CUMMINGS; and, RONALD L. ) <br> GRUDZIECKI, ) <br> ) <br> Defendants. ) | 1:06CV01058 |

**O R D E R**

On February 27, 2007, the United States Magistrate Judge entered a Consent Recommendation and the parties have advised that no objections will be filed. The parties want this case remanded to the state court as soon as possible.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that this case is remanded to the General Court of Justice, Superior Court Division, Orange County, North Carolina, for further proceedings, no costs or attorneys' fees are awarded; and

**IT IS FURTHER ORDERED** that the Clerk shall send a certified copy of this Court's Order adopting the Consent Recommendation to

the Clerk of Court for the General Court of Justice, Superior Court Division, Orange County, North Carolina.

/s/ William L. Osteen
United States District Judge

March 1, 2007

-2-